IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

MISC.# 3:21 mc 104-MR

FOR THE MATTER OF ALLOWING
U. S. PROBATION OFFICERS FOR THE WESTERN
DISTRICT OF NORTH CAROLINA TO RETAIN A BADGE
UPON RETIREMENT

FILED
CHARLOTTE, NC

MAY 10 2021

US DISTRICT COURT
WESTERN DISTRICT OF NC

ORDER

THIS MATTER is before the Court on request of the Chief U. S. Probation Officer for the Western District of North Carolina and arises from the need to allow U. S. Probation Officers to retain a District issued badge, marked as retired, upon retirement in addition to their retirement credentials. The second badge will be presented to the retiring officer in a shadow box.

Now; therefore, **IT IS ORDERED** that Retiring U. S. Probation officers be allowed to retain one of the assigned badges to be kept with the retirement credentials.

This Order all take effect immediately.

**IT IS SO ORDERED** this 10TH day of March, 2021.

Martin Reidinger
Chief United States District Judge

Frank D. Whitney
United States District Judge

Robert J. Conrad, Jr.
United States District Judge

Max O. Cogburn, Jr.
United States District Judge

Kenneth D. Bell
United States District Judge

Graham C. Mullen
Senior United States District Judge

Richard L. Voorhees
Senior United States District Judge